# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RIVER PARISHES DIRT & GRAVEL LLC<br>PLAINTIFF | * <br> * <br> * | CIVIL ACTION NO.:<br><br>2:18-CV-06910-BWA-KWR |
| VERSUS | * <br> * | |
| WILLOW BEND VENTURES, LLC,<br>HENSLEY R. LEE CONTRACTING, INC.,<br>HENSLEY R. LEE AND<br>WAYNE FLETCHER<br>DEFENDANTS | * <br> * <br> * <br> * <br> * | JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE<br>KAREN W. ROBY |

## AFFIDAVIT OF JOHN B. OHLE, III

STATE OF LOUISIANA
PARISH OF PLAQUEMINES

BEFORE ME, Notary Public, duly commissioned and qualified, personally came and appeared John B. Ohle, III, who being duly sworn deposed and said unto me, notary, that:

1. My name is John B. Ohle, III and I am a managing consultant for Kensington Realty Group LLC. In that capacity I was employed by Kensington Realty Group LLC, to facilitate the purchase and sale of certain property owned by Willow Bend Ventures, LLC (hereinafter Willow Bend) on behalf of Kensington Capital Advisors, LLC, which is the sole member of River Parishes Dirt and Gravel, LLC ("River Parishes").

2. I have personal knowledge of the activities of River Parish in this matter.

3. In the spring of 2017, River Parishes sought to purchase the membership interest of Willow Bend Ventures, LLC.

4. On May 22, 2017, River Parishes entered into an *Agreement to Purchase or Sell Willow Bend Ventures, LLC's LLC Member Interest* ("Membership Sale Agreement") with River Parishes.[1]

5. The expected closing date of the Membership Sale Agreement was July 23, 2017.

6. As of May 22, 2017, the date the Membership Sale Agreement was executed, River Parishes was not aware that: (1) Willow Bend had filed for Chapter 11 Protection, (2) Willow Bend's Property was encumbered by security interest in favor of BankPlus in the amount of $6,570,668.43, and (3) Willow Bend was subject to tax liability, an adverse judgment, and tax lien in favor of St. John the Baptist Parish in the amount of $1,479,914.17.

7. On or about June 26, 2017, River Parishes learned through its due diligence examination that Willow Bend filed for Chapter 11 Protection on May 9, 2017, thirteen days prior to the signing of the Membership Sale Agreement.

8. Subsequently River Parishes learned that Willow Bend had other undisclosed liabilities, including the sales tax liability and BankPlus liability.

9. Upon discovering Willow Bend's bankruptcy filing, I contacted attorney Philip K. Wallace, who represented Willow Bend in the Chapter 11 Protection.

10. Phillip K. Wallace stated to me that the sales tax liabilities and judgment were the reason Willow Bend "had to file" for Chapter 11 Protection.

---

1 See Exhibit 1, *Agreement to Purchase or Sell Willow Bend Ventures, LLC's LLC Membership Interest* dated May 22, 2017 and Bates-stamped WBV000001-000105.

11. In response, I advised Phillip K. Wallace that River Parishes would prepare to initiate a lawsuit related to the Defendants' fraud or intentional misrepresentations in the Membership Sale Agreement.

12. In response, Wallace represented that Willow Bend would seek a court-ordered sale of its assets in conjunction with a settlement of other damages by Hensley Lee and HRL.

13. On October 5, 2017, Willow Bend and River Parishes executed an *Agreement to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt & Gravel, LLC* ("Asset Sale Agreement") to sell certain Willow Bend assets, including the Property, to River Parishes.[2]

14. Willow Bend was unable to obtain Court approval and close the asset sale by the initial agreed upon deadline in the Asset Sale Agreement.

15. Willow Bend, HRL, Hensley Lee and Wayne Fletcher sought additional time to obtain court approval in exchange for extension payments.

16. On November 27, 2017, I sent an email to Phillip K. Wallace, counsel for Willow Bend, attaching an Agreement to Extend that contained representations and warranties by Hensley Lee and HRL to River Parishes that the extension payment would not violate any provision of the Chapter 11 Protection:

> The Reimbursement Payment is recognized by Sellers [HRL and Lee] and [Willow Bend] as earned upon receipt and reflects a non-refundable reimbursement of a portion of expenses and opportunity costs related to the continued delays in closing the transaction. **Sellers [HRL and Hensley Lee] and [Willow Bend Ventures] LLC represent and warrant that the**

---

2   See Exhibit 10, *Agreement to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt & Gravel, LLC* dated October 5, 2017.

**Reimbursement Payment does not violate any provision in its current Bankruptcy Proceedings.**[3]

17. On November 29, 2017, I sent another email to Phillip K. Wallace, counsel for Willow Bend, confirming that River Parishes received the first extension payment from Defendants.[4]

18. At the time of receipt of the extension payment until Willow Bend filed its *Motion to Reject and Avoid Asset Sale*, River Parish was unaware that Defendants wired the extension payment of $15,000.00 from the bank account of Willow Bend.

19. On May 18, 2018, pursuant to a Court order River Parishes returned the $15,000.00 extension payment to Willow Bend, through its counsel Phillip K. Wallace.

20. River Parishes was never repaid for the first extension payment of $15,000.00.

21. On January 4, 2018, the Bankruptcy Court granted the *Motion for Authority to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt and Gravel, LLC*.[5]

22. In defiance of the January 4, 2018 Court Order and in breach of the Asset Sale Agreement, Defendants withheld "ordinary and necessary" due diligence in order to delay the closing with River Parishes.

---

[3] See Exhibit 16, email correspondences to Philip K. Wallace dated 11/27/19 with Agreement to Extend attached. [Emphasis added.]

[4] Exhibit 17, email correspondence from Philip K. Wallace dated November 29, 2017.

[5] See Exhibit 19, *Order* granting *Motion for Authority to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt and Gravel, LLC* filed January 4, 2018 in the United States Bankruptcy Court for the Eastern District of Louisiana, *In re: Willow Bend Ventures, LLC*, Docket No. 17-11178, Rec. Doc. 152.

23. On January 22, 2019, River Parishes sought and was granted a *Motion to Compel* against Willow Bend to have Willow Bend produce the "ordinary and necessary" due diligence documents for the sale.[6]

24. On March 27, 2018, Wayne Fletcher, as CFO for Willow Bend, sent an email to me attempting to cancel the sale and stating, ". . . you have relinquished your rights as buyers of WBV assets . . . ."[7]

25. In July 2018, River Parish sought and obtained Court approval to assign the Asset Sale Agreement from River Parishes to Edgard Construction Materials Holding, LLC ("Edgard").[8]

26. On July 30, 2018, Edgard closed the sale of Willow Bend's assets to Edgard in compliance with all Bankruptcy Court's orders.

27. Defendants' pattern of fraud and intentional misrepresentations prevented River Parishes from closing on July 28, 2017 and delayed the closing until July 30, 2018.

28. During the year-long delay, Willow Bend converted clay inventory to cash for the benefit of Defendants and to the detriment of River Parishes.

29. Defendants' misrepresentations and delays caused River Parishes to additional attorneys' fees, costs and expenses.

---

[6] See Exhibit 20, *Motion and Order to Compel by River Parishes Dirt & Gravel Against Willow Bend Ventures* in the Adversary Proceeding in the United States Bankruptcy Court for the Eastern District of Louisiana, Adversary Proceeding No. 18-1133, Rec. Docs. 23 and 35.

[7] See Exhibit 5, email correspondence from Wayne Fletcher (wfletcher@hrlcontracting.com) dated March 27, 2018 signed, "WAYNE A. FLETCHER, CFO, FOR THE COMPANY."

[8] See Exhibit 23 and 24, *Motion and Order to Authorize Assignment of the New Purchase Agreement* filed in the United States Bankruptcy Court for the Eastern District of Louisiana, *In re: Willow Bend Ventures, LLC,* Case No. 17-11178, Rec. Docs. 310 and 314.

Affiant is an individual of the age of majority and competent to testify as to the facts and matters stated herein, and Affiant has personal knowledge of the facts and matters contained herein.

_____
JOHN B. OHLE, III

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS 4TH DAY OF NOVEMBER, 2019.

_____
NOTARY PUBLIC
Corey Dunbar (30144)